IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CALVIN GANT, | ) |
| PLAINTIFF, | ) No. |
| | ) |
| v. | ) Judge: |
| | ) |
| VILLAGE OF SOUTH HOLLAND, VILLAGE | ) |
| OF SOUTH HOLLAND POLICE OFFICER | ) |
| MATTHEW MCGEEVER STAR # 3134 AND | ) |
| VILLAGE OF SOUTH HOLLAND POLICE | ) |
| OFFICER TARIQ ABU- ROMMAN STAR # 3145 | ) |
| IN THEIR INDIVIDUAL CAPACITIES, | ) |
| DEFENDANTS. | ) **JURY DEMAND** |

## AFFIDAVIT PURSUANT TO ILLINOIS SUPREME COURT RULE 222

I, **DANIELLE A. PINKSTON**, under oath and subject to the penalties of perjury, depose and state that the damages sought in this cause **exceeds** the sum of **FIFTY THOUSAND DOLLARS ($50,000.00)**. Pursuant to 735 ILCS 5/1-109, the undersigned certifies that the foregoing Affidavit is true and correct based upon the personal knowledge of the undersigned.

Date: October 3, 2022,                                    Respectfully submitted,
                                                                        /s/ Danielle A. Pinkston

                                                        _____
                                                        **PINKSTON LAW GROUP, P.C.**
                                                        Danielle A. Pinkston

## VERIFICATION BY CERTIFICATION

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that I verily believe the same to be true.

Dated: October 3, 2022,                                    Respectfully submitted,
                                                                        /s/ Danielle A. Pinkston

                                                        _____
                                                        **PINKSTON LAW GROUP, P.C.**
                                                        Danielle A. Pinkston
                                                        Attorney for: Calvin Gant
                                                        54 North Ottawa Street, Suite #110
                                                        Joliet, IL. 60432
                                                        Office: (773) 770-4771
                                                        Fax: (773) 770-4772
                                                        dpinkston@pinkstonlawgroup.com

1